

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

AUG 1 3 2010

FILED_____RECEIVED_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| In re: | Case No. 09-10254-PGH |
|---|---|
| DADRESSAN, SOHAIL<br>DADRESSAN, GUITA | Chapter 7 |
| Debtor(s) | |

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U. S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)   The Trustee has a balance of **$9.23** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: August 4, 2010

Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone:   (561) 838-4539
Facsimile:   (561) 514-3439

Printed: 08/04/10 12:45 PM

Page: 1

## Claims Distribution Small Checks

### Trustee: Michael R. Bakst (2908840)

Case: 09-10254 - DADRESSAN, SOHAIL

| Account No. | Check No. | Issued | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Priority | Claimant | | | | | | |
| 9200025672326 | 110 | 08/04/10 | | | | | | | | |
| | | | Payee: | U.S. Bankruptcy Court | | | | | Check Amount: | $9.23 |
| | 2 | 08/07/09 | 610 | Urologic Specialists, P.A.. 3230 Lake Worth Rd Lake Worth, FL 33461-3694 | | | 889.78 | 889.78 | 4.86 | 4.86 |
| | 4 | 08/10/09 | 610 | PBD & P, Inc. 4477 Medical Center Way West Palm Beach, FL 33407-3286 | | | 125.00 | 125.00 | 0.68 | 0.68 |
| | 10 | 10/22/09 | 610 | GE Money Bank c/o Recovery Mgmt/JC Pennsey 25 SE 2nd Ave., Ste 1120 Miami, FL 33131 | | | 214.26 | 214.26 | 1.17 | 1.17 |
| | 12 | 10/22/09 | 610 | GE Money Bank c/o Recovery Mgmt/Paypal 25 SE 2nd Ave Ste 1120 Miami, FL 33131 | | | 461.36 | 461.36 | 2.52 | 2.52 |

(*) Denotes objection to Amount Filed